© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Eastern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**MASTER WATERPROOFERS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **11-1056339** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**16 S. Ketcham Avenue**<br>**Amityville, NY**<br>ZIPCODE **11701-3520** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Suffolk** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **MASTER WATERPROOFERS, INC.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **MASTER WATERPROOFERS, INC.** |

| **Signatures** | |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |

X _____
Signature of Attorney for Debtor(s)

Kevin J. Nash
Goldberg, Weprin, Finkel,
Goldstein, L.L.P.
1501 Broadway, 22nd Floor
New York, NY 10036
(212) 221-5700 Fax: (212) 730-4518

*August 11 2010*
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

---

| **Signature of Debtor (Corporation/Partnership)** | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**William P. Bechtold, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

*7/29/10*
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Case No.

MASTER WATERPROOFERS, INC.                      Chapter 11

                            Debtor.
-------------------------------------------------------------x

## CORPORATE RESOLUTION

At a special meeting of Master Waterproofers, Inc. (the "Company") held on July

27, 2010, and upon due consent and after motion duly made, seconded and unanimously carried, it

is hereby:

> **RESOLVED**, that the Company is authorized and empowered to cause the filing of a petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York, and that the same is in the best interests of the Company and its creditors and equity holders; and it is further

> **RESOLVED**, that the Company is authorized to retain the firm of GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP, as counsel to represent the Company in connection with the prosecution of the Chapter 11 case.

Dated: July 2010

                            MASTER WATERPROOFERS, INC.

                            By: _____
                                Name: William P. Bechtold, Jr.
                                Title: President

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                      Case No. _____

MASTER WATERPROOFERS, INC. _____ Chapter 11 _____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 650,000.00 | | |
| B - Personal Property | Yes | 3 | $ 428,784.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 566,352.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 447,352.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 1,620,158.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 17 | $ 1,078,784.00 | $ 2,633,864.09 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC.                    Case No. _____
_____
                        Debtor(s)                                        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Property located at:<br>16 South Ketcham Avenue<br>Amityville, NY 11701-3520 | | | 650,000.00 | 410,758.02 |
| | | **TOTAL** | 650,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>MASTER WATERPROOFERS, INC.</u>      Case No. _____
              Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

ALL AMOUNTS ARE APPROXIMATIONS

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bethpage Credit Union - Account No. 0009978067859<br>Sovereign Bank - Account No. 0446005761 | | 3,000.00<br>0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC.                                    Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable for completed work including Ecco settlement as of June 30, 2010 | | 368,684.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicles and trucks - See attached list | | 13,100.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment | | unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Miscellaneous Equipment - See attached list | | 44,000.00 |
| 30. Inventory. | | Inventory of parts/tools | | unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Schedule B

(25)  Vehicles & Trucks:

| | |
|---|---|
| 1985 Hino 16' flatbed | $1,500.00 |
| 1987 Hino 16' flatbed | $1,500.00 |
| 1988 International box truck | $1,000.00 |
| 2000 Ford Van | $  800.00 |
| 1991 Hino Box Truck | $1,500.00 |
| 1998 Ford Van | $ 800.00 |
| 1998 Ford 18' flatbed | $4,000.00 |
| 2002 Ford 150 pickup | $2,000.00 |

## Schedule B

(29)  Equipment:

| | |
|---|---|
| **Pavement Saws** | |
| 2008 Dimas, 36" diesel | $7,000.00 |
| Cushion Cut 26" | $2,000.00 |
| Core Cit ride on | $3,000.00 |
| | |
| **Melter Applicators, towed** | |
| Crafco 220 gal. | $4,000.00 |
| Crafco 220 gal | $4,000.00 |
| Crafco 100 gal | $1,000.00 |
| | |
| **Air Compressors** | |
| IR 175 on Truck | $4,000.00 |
| IR 150 on Truck | $3,000.00 |
| Atlas Copco 175 towed | $2,500.00 |
| | |
| Silicone Pumps on trailer (2) | $2,000.00 |
| | |
| Hi-Lo ride on, 4000 lb. | $    500.00 |
| | |
| Hi-Lo stand on | $    400.00 |
| | |
| Butterworth 12,000 PSI water blaster on trailer | $4,000.00 |
| | |
| Nelco Shot Blaster, 30", ride on | $2,500.00 |
| | |
| 3000 PSI Pressure washer (3) | $    300.00 |
| | |
| Small pavement saws (3) | $    600.00 |
| | |
| Pumps, generators | $    300.00 |
| | |
| Small equipment, shop tools, shop Compressor, welder, storage racks, Trailers, etc. | $2,000.00 |

IN RE MASTER WATERPROOFERS, INC.      Case No. _____
       Debtor(s)                                   (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Value of business, good will, and pending contracts | | unknown |
| | | | TOTAL | 428,784.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____0 continuation sheets attached

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC. _____ Case No. _____
                          Debtor(s)                                           (If known)

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Leaf Financial<br>P.O. Box 644006<br>Cincinnati, OH 45264-4006 | | | Concrete Pavement Saw - subject to nominal purchase option<br><br>VALUE $ 44,000.00 | X | X | | 17,000.00 | |
| ACCOUNT NO.<br>Sovereign Bank<br>Attn: Luanne J. Shu, Esq.<br>3 Hungington Quadrangle, Suite 101N<br>Melville, NY 11747 | | | Real Estate Mortgage<br><br>VALUE $ 650,000.00 | | | | 348,577.38 | |
| ACCOUNT NO.<br>Sovereign Bank<br>Attn: Luanne J. Shu, Esq.<br>3 Hungington Quadrangle, Suite 101N<br>Melville, NY 11747 | X | | Revolving Credit Loan<br><br>VALUE $ | | | | 138,594.32 | 138,594.32 |
| ACCOUNT NO.<br>Town of Babylon<br>Receiver of Taxes<br>200 East Sunrise Highway<br>Lindenhurst, NY 11757 | | | Real Estate Taxes<br><br>VALUE $ 650,000.00 | X | X | X | 45,893.11 | |

<u>1</u> continuation sheets attached

Subtotal (Total of this page) $ 550,064.81    $ 138,594.32

Total (Use only on last page) $ _____    $ _____

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC. _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Suffolk County Treasurer<br>330 Center Drive<br>Riverhead, NY 11901 | | Assignee or other notification for:<br>Town of Babylon<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br>Village of Amityville<br>21 Ireland Place<br>Amityville, NY 11701 | | Real Estate Taxes<br><br><br>VALUE $ 650,000.00 | X | X | X | 16,287.53 | |
| ACCOUNT NO.<br><br><br> | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | <br><br>VALUE $ | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Total of this page) | $ 16,287.53 | $ | |
| Total<br>(Use only on last page) | $ 566,352.34 | $ 138,594.32 | |
| | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC. _____  Case No. _____
Debtor(s) (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC.                    Case No. _____
_____
                Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Internal Revenue Service 10 Metro Tech Center 625 Fulton Street Brooklyn, NY 11201 | | | | X | X | X | 389,974.57 | 389,974.57 | |
| ACCOUNT NO. IRS Attn: Ellen Monteith 1180 Veterans Hway., Group 15 Hauppauge, NY 11788 | | | Assignee or other notification for: Internal Revenue Service | | | | | | |
| ACCOUNT NO. NYC Dept. of Finance Attn: Legal Affairs 345 Adams St. - 3rd Floor Brooklyn, NY 11201 | | | | X | X | X | 566.92 | 566.92 | |
| ACCOUNT NO. NYS Dept. of Taxation & Finance Bankruptcy/Special Procedures P.O. Box 5300 Albany, NY 12205-0300 | | | | X | X | X | 50,134.26 | 50,134.26 | |
| ACCOUNT NO. NYS Dept. of Taxation & Finance OPTS-Withholding Tax Resolution W.A. Harriman State Campus Albany, NY 12227 | | | Assignee or other notification for: NYS Dept. of Taxation & Finance | | | | | | |
| ACCOUNT NO. NYS Unemployment Insurance Fund P.O. Box 551 Albany, NY 12201 | | | | X | X | X | 6,677.07 | 6,677.07 | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 447,352.82 | $ 447,352.82 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 447,352.82 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 447,352.82 | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC. _____    Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Airweld Inc.<br>94 Marine St.<br>Farmingdale, NY 11735 | | | | | | | 283.67 |
| ACCOUNT NO.<br>Allied Building Products Corp.<br>P.O. Box 415543<br>Boston, MA 02241-5543 | | | | | | | 16,145.61 |
| ACCOUNT NO.<br>Brisotti & Silkworth, Inc.<br>8400 Main Rd.<br>P.O. Box 1448<br>Mattituck, NY 11952 | | | | X | X | | 102,501.30 |
| ACCOUNT NO.<br>Capital Contractors Inc.<br>25049 Network Pl.<br>Chicago, IL 60673-1250 | | | | X | X | | 244.00 |

___5___ continuation sheets attached

|  | Subtotal (Total of this page) | $ 119,174.58 |
|---|---|---|
|  | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**IN RE** MASTER WATERPROOFERS, INC. _____ Case No. _____
<br>Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Capital One Bank (USA) N.A. <br> P.O. Box 71083 <br> Charlotte, NC 28273-1083 | | | | | | | 9,391.22 |
| ACCOUNT NO. <br> Citgo <br> P.O. Box 689095 <br> Des Moines, IA 50366-9095 | | | | | | | 1,732.65 |
| ACCOUNT NO. <br> Compu Pay <br> 300 Atrium Drive <br> Somerset, NJ 08873 | | | | | X | X | 517.51 |
| ACCOUNT NO. <br> Crafco Inc. <br> 420 No. Roosevelt Ave. <br> Chandler, AZ 85226 | | | | | | | 44,925.18 |
| ACCOUNT NO. <br> Exxon Mobile <br> P.O. Box 688941 <br> Des Moines, IA 50368-8941 | | | | | | | 2,067.38 |
| ACCOUNT NO. <br> FSR <br> 64 Gardiner Ave. - PMB 324 <br> Levittown, NY 17756-3753 | | | | | X | X | 1,600.00 |
| ACCOUNT NO. <br> Hammond Group <br> Suite C 102 <br> 1983 Marcus Ave. <br> Lake Success, NY 11042-0408 | | | | | | | 1,575.00 |

Sheet no. ____1 of ____5 continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) $   61,808.94

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE MASTER WATERPROOFERS, INC.** _____   Case No. _____
_____
Debtor(s)                                                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Husquarna Construction Products<br>P.O. Box 2771<br>Carol Stream, IL  60132-2771 | | | | | | | 2,103.17 |
| ACCOUNT NO.<br>Jet Sanitation Service Corp.<br>228 Blydenburgh Road<br>Islandia, NY  11749 | | | | | X | X | 134.00 |
| ACCOUNT NO.<br>Local 1010 Laborers Funds<br>136-25 37th Ave., 4th Fl.<br>Flushing, NY  11354 | | | | | X | | 177,174.83 |
| ACCOUNT NO.<br>Virginia & Abinder<br>111 Broadway, Suite 1403<br>New York, NY  10006 | | | Assignee or other notification for:<br>Local 1010 Laborers Funds | | | | |
| ACCOUNT NO.<br>Local 1298 Laborers Funds<br>681 Fulton Ave.<br>P.O. Box 309<br>Hempstead, NY  11551-0309 | | | July 2008 - May 2010 | | X | X | 108,000.00 |
| ACCOUNT NO.<br>Local 1298 c/o Danielle M. Carney, Esq.<br>Barnes Iaccarino & Shepherd<br>3 Surrey Lane<br>Hempstead, NY  11550 | | | Assignee or other notification for:<br>Local 1298 Laborers Funds | | | | |
| ACCOUNT NO.<br>Local 138 Operating Engineers Funds<br>P.O. Box 206<br>Farmingdale, NY  11735 | | | July 2008 - July 2009 | | X | X | 34,988.40 |

Sheet no. _____ **2** of _____ **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **322,400.40**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC.        Case No. _____
Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Archer, Byington, Glennon & Levine<br>425 Broad Hollow Road, Suite 405<br>P.O. Box 9064<br>Melville, NY 11747-9064 | | | Assignee or other notification for:<br>Local 138 Operating Engineers Funds | | | | |
| ACCOUNT NO.<br>Local 282 Teamsters Funds<br>2500 Marcus Ave.<br>Lake Success, NY 11042 | | | Contributions May 2008 - May 2009 | X | X | | 17,000.00 |
| ACCOUNT NO.<br>Avram H. Schreiber, Esq.<br>40 Exchange Place, Suite 1300<br>New York, NY 10005 | | | Assignee or other notification for:<br>Local 282 Teamsters Funds | | | | |
| ACCOUNT NO.<br>Local 456 Teamsters Funds<br>160 South Central Ave.<br>Elmsford, NY 10523 | | | ECCO Project - July - December 2008 | X | X | | 9,967.21 |
| ACCOUNT NO.<br>Barnes, Iaccarino & Shepherd, PLLC<br>258 Saw Mill River Rd.<br>Elmsford, NY 10523 | | | Assignee or other notification for:<br>Local 456 Teamsters Funds | | | | |
| ACCOUNT NO.<br>Local 60 Laborers Funds<br>140 Broadway<br>Hawthorne, NY 10532 | | | | X | X | | 50,000.00 |
| ACCOUNT NO.<br>Barnes Iaccarino & Shepherd<br>258 Saw Mill River Rd.<br>Elmsford, NY 10523 | | | Assignee or other notification for:<br>Local 60 Laborers Funds | | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **76,967.21**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

**IN RE** MASTER WATERPROOFERS, INC. _____ Case No. _____
<span style="font-size:small">Debtor(s)</span> <span style="font-size:small">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Norton Pro-Diamond**<br>**Saint Gobain Adhesives Inc.**<br>**P.O. Box 31001-0010**<br>**Pasadena, CA 91110-0010** | | | | | | | 10,296.11 |
| ACCOUNT NO.<br><br>**Prest-O-Peconic**<br>**P.O. Box 89**<br>**Riverhead, NY 11901-0012** | | | | | | | 515.98 |
| ACCOUNT NO.<br><br>**Safety Kleen Systems Inc,**<br>**5360 Legazy Drive**<br>**Plano, TX 75024** | | | | | | | 361.78 |
| ACCOUNT NO.<br><br>**Shell**<br>**Processing Center**<br>**P.O. Box 183019**<br>**Columbus, OH 43218-3019** | | | | | | | 856.29 |
| ACCOUNT NO.<br><br>**SSesco, Inc.**<br>**220 West Westfield Ave.**<br>**Roselle Park, NJ 07208** | | | | | | | 18,528.00 |
| ACCOUNT NO.<br><br>**Sunoco**<br>**Processing Center**<br>**P.O. Box 689156**<br>**Des Moines, IA 50368-9156** | | | | | | | 4,589.72 |
| ACCOUNT NO.<br><br>**Travelers Insurance Co.**<br>**P.O. Box 26385**<br>**Richmond, VA 23260-6385** | | | | X | X | | 143,386.00 |

Sheet no. **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 178,533.88

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** MASTER WATERPROOFERS, INC.                    Case No. _____

Debtor(s)                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Travelers Insurance Co. <br> P.O. Box 26385 <br> Richmond, VA 23260-6385 | | | | X | X | | 41,635.00 |
| ACCOUNT NO. <br><br> Weberman Associates <br> P.O. Box 449 <br> Plainview, NY 11803 | | | | | | | 6,125.00 |
| ACCOUNT NO. <br><br> William and Marianne Bechtold <br> 1 Indian Well Court <br> Huntington, NY 11743 | | | | | | | 813,513.92 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____5____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **861,273.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,620,158.93**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>MASTER WATERPROOFERS, INC.</u>                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Local 1298 (Laborers - Nassau/Suffolk)**<br><br>**Local 1010 (Laborers - NYC)**<br><br>**Local 138 (Operating Engineers)**<br><br>**Local 282 (Teamsters)**<br><br>**Local 456 (Teamsters)**<br><br>**Local 60 (Laborers - Westchester)** | **Collective Bargaining Agreements** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE MASTER WATERPROOFERS, INC.        Case No. _____

                Debtor(s)                                          (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **William and Marianne Bechtold**<br>**1 Indian Well Court**<br>**Huntington, NY 11743** | **Sovereign Bank**<br>**Attn: Luanne J. Shu, Esq.**<br>**3 Hungington Quadrangle, Suite 101N**<br>**Melville, NY 11747** |

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>MASTER WATERPROOFERS, INC.</u>_____  Case No. _____
Debtor(s)
(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
Debtor

Date: _____  Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer _____  Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____

_____
Signature of Bankruptcy Petition Preparer _____ Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the <u>President</u>_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>MASTER WATERPROOFERS, INC.</u>_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____<u>18</u>____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: ___<u>7/29/10</u>___  Signature: _____

<u>William P. Bechtold, Jr.</u>
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                    Case No. _____

MASTER WATERPROOFERS, INC.                               Chapter 11 _____
_____
                 Debtor(s)

### STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☑ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. Case No.: _____ Judge: _____ District/Division _____

Case still pending (Y/N): ____ [*If closed*] Date of closing: _____

Current status of related case: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:




2. Case No.: _____ Judge: _____ District/Division _____

Case still pending (Y/N): ____ [*If closed*] Date of closing: _____

Current status of related case: _____
                                   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## DISCLOSURE OF RELATED CASES (cont'd)

3. Case No.: _____ Judge: _____ District/Division: _____

Case still pending (Y/N): ____ [*If closed*] Date of closing: _____

Current status of related case: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _Y_

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

_____          _____
Signature of Debtor's Attorney                                Signature of Pro Se Debtor/Petitioner

                                                              **16 S. Ketcham Avenue**
                                                              Mailing Address of Debtor/Petitioner

                                                              **Amityville, NY 11701-3520**
                                                              City, State, Zip Code

                                                              _____
                                                              Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

**NOTE**: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                          CHAPTER 11

MASTER WATERPROOFERS, INC.                      CASE NO.

                        Debtor.
-----------------------------------------------------------X

### AFFIDAVIT PURSUANT TO LOCAL RULES OF THIS COURT

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )


William P. Bechtold, Jr., being duly sworn, deposes and says:

1.      I am the president and sole shareholder of Master Waterproofers, Inc. (the "Debtor" or "Company") and as such I am familiar with the facts and circumstances set forth herein.

2.      I submit this Affidavit in accordance with the Local Rules of this Court in support of the Debtor's petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3.      There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 case under the Bankruptcy Code.

4.      Pursuant to Bankruptcy Rule 1007(d), a list containing the names and addresses of the creditors holding the twenty (20) largest unsecured and undisputed claims against the Debtor is attached hereto.  Also, in accordance with the Local Bankruptcy Rules, a list

containing the names and address of the Debtor's creditors and equity holders is likewise attached hereto.

5. The Debtor's secured creditors are more fully set forth in Schedule D accompanying this petition.

## EVENTS LEADING UP TO THE CHAPTER 11 FILING

6. The Debtor was first incorporated in 1919 and has been in the business of providing commercial waterproofing on public and private projects for more than ninety (90) years.

7. Historically, the Debtor operated profitably during most of my tenure as owner and president. Personally, I purchased the Company in 1972, approximately ten years after joining the Company as an employee. Thus, I have devoted most of my adult life to the Debtor's business and made various loans to the Company in recent years to help sustain operations after business turned downwards in 2005. The causes of the Debtor's current financial difficulties are multi-faceted, involving reduced revenues caused by stiff competition in the industry at a time when overhead costs increased.

8. In 2007, the Debtor fell victim of an unprofitable contract with a general contractor known as Ecco III Enterprises of Yonkers ("Ecco") to perform subcontract work on the New York State Thruway. The Debtor completed its subcontract and billed more than $722,000 on the project. However, the general contractor Ecco ran behind on the project, failed to make full payments to the Debtor and currently owes more than $400,000. A settlement in principle was subsequently reached with Ecco. The Debtor is hoping to receive $262,500 on account of the settlement to resolves disputes as to whether the Debtor's performance was timely.

2

9.    In the aftermath, however, the Debtor's cash flow has been irreversibly damaged and loses spiraled. These losses were compounded by diminishing construction work due to budgetary constraints. As a result of all of the foregoing, the Debtor has become delinquent with respect to union contributions and taxes.

10.    At this juncture, the Debtor is winding-down its business and hopes to finish off approximately five ongoing contracts. In bankruptcy, the Debtor also hopes to finalize its settlement with Ecco, and liquidate its remaining assets and property, including a building located in Amityville, New York.

11.    Due to diminished work, the Debtor has reduced its work-force and currently has approximately five employees, including part time workers. We maintain a variable weekly payroll of approximately $3,500 per week. As the president of the Debtor, I previously received an annual salary of $104,000, but have not taken salary for several years due to cash flow difficulties and limited myself to reimbursement of expenses.

12.    The Debtor believes that Chapter 11 provides the best alternative to maximize the value of assets for the benefit of creditors.

_____
William P. Bechtold, Jr.

Sworn to before me this
29ᵗʰ day of July, 2010

_____
NOTARY PUBLIC

BARBARA FREYRE
Notary Public, State of New York
No. 4991453
Qualified in Nassau County
Commission Expires 2/3/14

3

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                  Case No. _____

MASTER WATERPROOFERS, INC. _____  Chapter 11 _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include(1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Local 1010 Laborers Funds<br>136-25 37th Ave., 4th Fl.<br>Flushing, NY 11354 | Virginia & Abinder<br>111 Broadway, Suite 1403<br>New York, NY 10006 | | Unliquidated | 177,174.83 |
| Travelers Insurance Co.<br>P.O. Box 26385<br>Richmond, VA 23260-6385 | | | Unliquidated<br>Disputed | 143,386.00 |
| Local 1298 Laborers Funds<br>681 Fulton Ave.<br>P.O. Box 309<br>Hempstead, NY 11551-0309 | Barnes, Iaccarino & Shepherd, PLLC<br>258 Saw Mill River Rd.<br>Elmsford, NY 10523 | | Unliquidated<br>Disputed | 108,000.00 |
| Brisotti & Silkworth, Inc.<br>8400 Main Rd.<br>P.O. Box 1448<br>Mattituck, NY 11952 | | Trade debt | Contingent<br>Unliquidated | 102,501.30 |
| Local 60 Laborers Funds<br>140 Broadway<br>Hawthorne, NY 10532 | Barnes, Iaccarino & Shepherd, PLLC<br>258 Saw Mill River Rd.<br>Elmsford, NY 10523 | | Unliquidated<br>Disputed | 50,000.00 |
| Crafco Inc.<br>420 No. Roosevelt Ave.<br>Chandler, AZ 85226 | | Bank loan | | 44,925.18 |
| Travelers Insurance Co.<br>P.O. Box 26385<br>Richmond, VA 23260-6385 | | | Unliquidated<br>Disputed | 41,635.00 |
| Local 138 Operating Engineers Funds<br>P.O. Box 206<br>Farmingdale, NY 11735 | Archer, Byington, Glennon & Levine<br>425 Broad Hollow Road, Suite 405<br>P.O. Box 9064<br>Melville, NY 11747-9064 | | Unliquidated<br>Disputed | 34,988.40 |
| SSesco, Inc.<br>220 West Westfield Ave.<br>Roselle Park, NJ 07208 | | | | 18,528.00 |
| Local 282 Teamsters Funds<br>2500 Marcus Ave.<br>Lake Success, NY 11042 | Avram H. Schreiber, Esq.<br>40 Exchange Place, Suite 1300<br>New York, NY 10005 | | Unliquidated<br>Disputed | 17,000.00 |
| Allied Building Products Corp.<br>P.O. Box 415543<br>Boston, MA 02241-5543 | | Trade debt | | 16,145.61 |
| Norton Pro-Diamond<br>Saint Gobain Adhesives Inc.<br>P.O. Box 31001-0010<br>Pasadena, CA 91110-0010 | | | | 10,296.11 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| Local 456 Teamsters Funds<br>160 South Central Ave.<br>Elmsford, NY  10523 | Barnes, Iaccarino & Shepherd,<br>PLLC<br>258 Saw Mill River Rd.<br>Elmsford, NY  10523 | Unliquidated<br>Disputed | 9,967.21 |
| Capital One Bank (USA) N.A.<br>P.O. Box 71083<br>Charlotte, NC  28273-1083 | Bank loan | | 9,391.22 |
| Sunoco<br>Processing Center<br>P.O. Box 689156<br>Des Moines, IA  50368-9156 | | | 4,589.72 |
| Husquarna Construction Products<br>P.O. Box 2771<br>Carol Stream, IL  60132-2771 | | | 2,103.17 |
| Exxon Mobile<br>P.O. Box 688941<br>Des Moines, IA  50368-8941 | Trade debt | | 2,067.38 |
| Citgo<br>P.O. Box 689095<br>Des Moines, IA  50366-9095 | Bank loan | | 1,732.65 |
| FSR<br>64 Gardiner Ave. - PMB 324<br>Levittown, NY  17756-3753 | Unliquidated<br>Disputed | | 1,600.00 |
| Hammond Group<br>Suite C 102<br>1983 Marcus Ave.<br>Lake Success, NY  11042-0408 | | | 1,575.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: ___9/29/10___        Signature: _____

___William P. Bechtold, Jr., President___

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re:                                                    CHAPTER 11

MASTER WATERPROOFERS, INC.                 CASE NO.

                         Debtor.

-------------------------------------------------------------------X

## SCHEDULE OF PENDING LAWSUITS

1.   Trustees Laborers Local Union No. 1298 of Nassau & Suffolk Counties, Benefit
     Fund v. Master Waterproofers, Inc.
     EDNY No. CV-09-2649

2.   Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy &
     Highway Benefit Funds, Welfare, Pension Annuity, Education & Training, Legal
     Services, Industry Advancement and Political Action Funds and the Laborers'
     International Union of North America Local No. 60 v. Master Waterproofers, Inc.
     SDNY No. 09-CIV-5330

3.   Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education
     & Training, S.U.B. Industry Advancement and Legal Services Fund and the
     Westchester Teamsters Local Union No. 456 v. Master Waterproofers, Inc.
     SDNY No. 09-CIV-2382

4.   Vincent Masino, Keith Loscalzo, Francisco Fernandez, Anthony Fasulo, Philip A.
     Faicco and James Kilkenny, as Trustees and Fiduciaries of the Pavers and Road
     Builders District Council Welfare, Pension, Annuity and Apprenticeship, Skill
     Improvement and Training Funds v. Master Waterproofers, Inc.
     EDNY No. 10-Civ-0238

5. William K. Duffy, Kenneth Huber, Phillip Capobianco, John Duffy, Scott Adrian, Paul O'Brien, Marc Herbst, Janes Haney III, and James Pratt III, as Trustee of Local 138, 138A, 138B & 138C, International Union of Operating Engineers Welfare Fund, Legal Fund, Apprenticeship Training Fund, and Annuity Fund, Michael Fanning as CEO of Central Pension Fund and William K. Duffy, Jr. as President of Local 138, 138A, 138B & 138C, International Union of Operating Engineers v. Master Waterproofers, Inc.
EDNY No. 09-Civ-4068

Dated: New York, New York
July 29 2010

MASTER WATERPROOFERS, INC.

By:_____
Name: William P. Bechtold, Jr.
Title: President

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:                                          Chapter 11

MASTER WATERPROOFERS, INC.                      Case No.:


                              Debtor.
---------------------------------------------------------------x

## RULE 7.1 CORPORATE OWNERSHIP STATEMENT


Pursuant to Federal Rule of Civil Procedure 7.1, Master
Waterproofers, Inc. (the "Debtor"), certifies that it is a private non-governmental
party, and has no corporate parent, affiliates and/or subsidiaries which are publicly
held.

Executed on July 29, 2010


                              MASTER WATERPROOFERS, INC.

                              By:_____
                                 Name: William P. Bechtold, Jr.
                                 Title: President

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                      Case No. _____

MASTER WATERPROOFERS, INC. _____ Chapter 11 _____
Debtor(s)

<b>VERIFICATION OF CREDITOR MATRIX</b>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: ____7/29/10____      _____
                                 Debtor

                                 _____
                                 Joint Debtor

                                 _____
                                 Attorney for Debtor

© 1993-2010 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

BARNES IACCARINO & SHEPHERD
258 SAW MILL RIVER RD
ELMSFORD NY   10523


AIRWELD INC
94 MARINE ST
FARMINGDALE NY   11735


ALLIED BUILDING PRODUCTS CORP
PO BOX 415543
BOSTON MA   02241-5543


ARCHER BYINGTON GLENNON & LEVINE
425 BROAD HOLLOW ROAD SUITE 405
PO BOX 9064
MELVILLE NY   11747-9064


AVRAM H SCHREIBER ESQ
40 EXCHANGE PLACE SUITE 1300
NEW YORK NY   10005


BARNES IACCARINO & SHEPHERD PLLC
258 SAW MILL RIVER RD
ELMSFORD NY   10523


BRISOTTI & SILKWORTH INC
8400 MAIN RD
PO BOX 1448
MATTITUCK NY   11952


CAPITAL CONTRACTORS INC
25049 NETWORK PL
CHICAGO IL   60673-1250

```
CAPITAL ONE BANK (USA) NA
PO BOX 71083
CHARLOTTE NC  28273-1083


CITGO
PO BOX 689095
DES MOINES IA  50366-9095


COMPU PAY
300 ATRIUM DRIVE
SOMERSET NJ  08873


CRAFCO INC
420 NO ROOSEVELT AVE
CHANDLER AZ  85226


EXXON MOBILE
PO BOX 688941
DES MOINES IA  50368-8941


FSR
64 GARDINER AVE - PMB 324
LEVITTOWN NY  17756-3753


HAMMOND GROUP
SUITE C 102
1983 MARCUS AVE
LAKE SUCCESS NY  11042-0408


HUSQUARNA CONSTRUCTION PRODUCTS
PO BOX 2771
CAROL STREAM IL  60132-2771
```

```
INTERNAL REVENUE SERVICE
10 METRO TECH CENTER
625 FULTON STREET
BROOKLYN NY  11201


IRS
ATTN: ELLEN MONTEITH
1180 VETERANS HWAY GROUP 15
HAUPPAUGE NY  11788


JET SANITATION SERVICE CORP
228 BLYDENBURGH ROAD
ISLANDIA NY  11749


LEAF FINANCIAL
PO BOX 644006
CINCINNATI OH  45264-4006


LOCAL 1010 LABORERS FUNDS
136-25 37TH AVE 4TH FL
FLUSHING NY  11354


LOCAL 1298 C/O DANIELLE M CARNEY ESQ
BARNES IACCARINO & SHEPHERD
3 SURREY LANE
HEMPSTEAD NY  11550


LOCAL 1298 LABORERS FUNDS
681 FULTON AVE
PO BOX 309
HEMPSTEAD NY  11551-0309


LOCAL 138 OPERATING ENGINEERS FUNDS
PO BOX 206
FARMINGDALE NY  11735
```

```
LOCAL 282 TEAMSTERS FUNDS
2500 MARCUS AVE
LAKE SUCCESS NY  11042


LOCAL 456 TEAMSTERS FUNDS
160 SOUTH CENTRAL AVE
ELMSFORD NY  10523


LOCAL 60 LABORERS FUNDS
140 BROADWAY
HAWTHORNE NY  10532


NORTON PRO-DIAMOND
SAINT GOBAIN ADHESIVES INC
PO BOX 31001-0010
PASADENA CA  91110-0010


NYC DEPT OF FINANCE
ATTN: LEGAL AFFAIRS
345 ADAMS ST - 3RD FLOOR
BROOKLYN NY  11201


NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
PO BOX 5300
ALBANY NY  12205-0300


NYS DEPT OF TAXATION & FINANCE
OPTS-WITHHOLDING TAX RESOLUTION
WA HARRIMAN STATE CAMPUS
ALBANY NY  12227


NYS UNEMPLOYMENT INSURANCE FUND
PO BOX 551
ALBANY NY  12201
```

```
PREST-O-PECONIC
PO BOX 89
RIVERHEAD NY  11901-0012


SAFETY KLEEN SYSTEMS INC
5360 LEGAZY DRIVE
PLANO TX  75024


SHELL
PROCESSING CENTER
PO BOX 183019
COLUMBUS OH  43218-3019


SOVEREIGN BANK
ATTN: LUANNE J SHU ESQ
3 HUNGINGTON QUADRANGLE SUITE 101N
MELVILLE NY  11747


SSESCO INC
220 WEST WESTFIELD AVE
ROSELLE PARK NJ  07208


SUFFOLK COUNTY TREASURER
330 CENTER DRIVE
RIVERHEAD NY  11901


SUNOCO
PROCESSING CENTER
PO BOX 689156
DES MOINES IA  50368-9156


TOWN OF BABYLON
RECEIVER OF TAXES
200 EAST SUNRISE HIGHWAY
LINDENHURST NY  11757
```

```
TRAVELERS INSURANCE CO
PO BOX 26385
RICHMOND VA  23260-6385


VILLAGE OF AMITYVILLE
21 IRELAND PLACE
AMITYVILLE NY  11701


VIRGINIA & ABINDER
111 BROADWAY SUITE 1403
NEW YORK NY  10006


WEBERMAN ASSOCIATES
PO BOX 449
PLAINVIEW NY  11803


WILLIAM AND MARIANNE BECHTOLD
1 INDIAN WELL COURT
HUNTINGTON NY  11743
```